## FRANKLIN COUNTY v. GILLESPIE.

FISH, C. J. 1. The note of the trial judge, appended to the ground of the motion for a new trial complaining of the exclusion of certain testimony of several witnesses, indicates that he did not intend to approve the ground as stated; and therefore this court can not pass upon the merits of such ground.

2. The grounds of the motion assigning error upon the mere failure of the court, in the absence of any written request, to further instruct the jury as to certain matters dealt with in the charge, are without merit, when considered in connection with the entire charge as given.

3. There was evidence to authorize the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 15, 1912.

Action for damages. Before Judge Brand. Franklin superior court. December 1, 1910.

*G. L. Goode,* for plaintiff in error. *W. R. Little,* contra.

---

## SOUTHERN RAILWAY COMPANY v. BALES.

ATKINSON, J. 1. The assignment of error upon the overruling of the demurrer to the petition is not referred to in the brief of counsel for plaintiff in error, and therefore it must be considered as abandoned.

2. So much of the charge as was excepted to was correct in the abstract and applicable to the evidence, and the criticisms upon it furnish no ground for a new trial.

3. Though conflicting, the evidence was sufficient to support the verdict, and the discretion of the trial judge in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 15, 1912.

Action for damages. Before Judge Brand. Clarke superior court. January 14, 1911.

*John J. Strickland* and *Max Michael,* for plaintiff in error.
*E. K. Lumpkin* and *S. C. Upson,* contra.